*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Standing Trustee**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### (Camden)

|  |  |
|---|---|
| **IN RE:** | Proceedings in Chapter 13 |
|  | Case No. 24-19417 (ABA) |
| **BERNARD E. MONTAGUE, JR.**<br>**Debtor(s)** | *NOTICE OF MOTION TO DISMISS DEBTOR'S CHAPTER 13 BANKRUPTCY CASE* |
|  | *Hearing Date: September 19, 2025, at 9:00 am* |

TO:   Bernard E. Montague, Jr.        Brad J. Sadek, Esquire
      318 Larch Avenue                1500 JFK Blvd, Suite 220
      West Berlin, NJ  08091          Philadelphia, PA  19102

      *Debtor*                        *Debtor's Attorney*


      Office of the United States Trustee
      One Newark Center, Suite 2100
      Newark, NJ  07102
      *US Trustee*

Andrew B. Finberg, Esquire, Chapter 13 Standing Trustee, has filed papers with the

Court for an Order Dismissing the Debtor's Chapter 13 Case.

**Your rights may be affected.  You should read these papers carefully and discuss**

**them with your attorney, if you have one in this bankruptcy case.  (If you do not have an**

**attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought or you want the court to consider

your views on the motion, then on or before **September 12, 2025, y**ou or your attorney must file

a written answer, explaining your position at:

BANKRUPTCY COURT CLERK
401 MARKET STREET
CAMDEN, NJ 08101-1104

If you mail your response to the Court for filing, you must mail it early enough so the

Court will receive it on or before the date stated above.

You must also mail a copy to:

ANDREW B. FINBERG
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002

You must also attend the hearing scheduled for **September 19, 2025, at 9:00 am** in the

Courtroom of JUDGE ANDREW B. ALTENBURG, JR., COURT ROOM 4B, 401

MARKET STREET, CAMDEN, NJ, 08102-1104.

If you or your attorney do not take these steps, the Court may decide that you do not

oppose the relief sought in the motion and may enter the order granting relief.


Date:  August 20, 2025                                              /s/ Andrew B. Finberg
                                                                   Andrew B. Finberg
                                                                   Chapter 13 Standing Trustee