*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

|  |  |
|---|---|
| **IN RE:** | Proceedings in Chapter 13 |
|  | Case No. 24-19417 (ABA) |
| **BERNARD E. MONTAGUE, JR.** |  |
| **Debtor(s)** | *CERTIFICATION IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CASE* |
|  | *Returnable: September 19, 2025 at 9:00 a.m.* |

**Andrew B. Finberg,** hereby certifies as follows:

1.	I am the Chapter 13 Standing Trustee for Region 3 pursuant to an order entered by the Office of the United States Trustee, United States Department of Justice.

2.	I am personally familiar with the matters set forth herein and I am qualified to testify about them.

3.	This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 105.

4.	Debtor filed for Chapter 13 bankruptcy protection on September 24, 2024.

5.	On February 27, 2025, the Court entered an Order Confirming Chapter 13 Plan at $1,550 for 36 months to pay 100% to unsecured creditors who filed timely claims.

6.	On July 17, 2025, Bank of America filed an amended proof of claim for a deficiency balance in the amount of $19,776.48 for the 2022 Pioneer BH170 Travel Trailer that was surrendered through the plan (See Claim No. 2.)

7.	The amended claim makes the case unfeasible as confirmed.

8.	On July 18, 2025, the Chapter 13 Trustee forwarded Debtor and Debtor's counsel a

letter requesting that feasibility be addressed within thirty (30) days of the date of the letter.   As of

the date of this Certification, the case remains unfeasible as confirmed.

Therefore, pursuant to 11 U.S.C. §§ 105(a), 109(g), 349(a), 1307(c) and R. 9011(c), the

Trustee respectfully requests that this Court dismiss the current case due to lack of feasibility.

I certify that the foregoing statements made by me are true.   I am aware that if any of the

foregoing statements made by me is willfully false, I am subject to punishment.

Dated:   August 20, 2025                    By:    /s/ Andrew B. Finberg

Andrew B. Finberg
Chapter 13 Standing Trustee